## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**JAMES O. BLACKWELL, III,**
**RECEIVER**                                               **PLAINTIFF/COUNTER-DEFENDANT**

V.                              CASE NO.: 5:22-CV-05032

**UNITED BANK**                                            **DEFENDANT/COUNTERCLAIMANT/**
                                                           **THIRD-PARTY PLAINTIFF**

V.

**MICHAEL MCGHAN**                                         **THIRD-PARTY DEFENDANT**

### ORDER OF DISMISSAL

Now before the Court is the parties' Joint Motion to Dismiss (Doc. 13). They advise they have arrived at an amicable resolution of this dispute and wish all pending matters dismissed and the case closed. The Court has reviewed the Motion and finds it should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint and United Bank's Counterclaim and Third-Third Party Complaint for Interpleader are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The case is now **CLOSED**.

**IT IS SO ORDERED** on this 12th day of May, 2022.

                                            */s/ Timothy L. Brooks*
                                            TIMOTHY L. BROOKS
                                            UNITED STATES DISTRICT JUDGE